CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OINYUAN WANG,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | Case No. 4:26-cv-03274-HSG<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT'S REPLY AND ORDER** (as modified) |

On August 3, 2026, Defendant filed a motion to dismiss Plaintiff's complaint, setting the due date for Defendants' reply as August 24, 2026. See Dkt. 16. Plaintiff and Defendant now stipulate and respectfully request the Court to grant a brief extension of time for Defendant's reply in support of their motion to dismiss Plaintiff's complaint and set a due date for October 8, 2026. The parties make this request because Plaintiff needs additional time to determine next steps. The parties also request the Court continue the hearing on Defendant's motion to dismiss Plaintiff's complaint currently scheduled for September 17, 2026, at 10:00 a.m., to October 29, 2026, at 10:00 a.m. The parties respectfully request the Court grant their stipulation.

//

//

Dated: August 24, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: August 24, 2026

*/s/ Bernard Wolfsdorf*
BERNARD WOLFSDORF
WR Immigration
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The motion hearing will be held at 2 p.m. on October 29, 2026.

Date: 8/25/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.